## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

RICKEY EVANS                                           CIVIL ACTION

VERSUS                                                 18-507-SDD-EWD

DELANEY, ET AL.

### RULING

The Court, after carefully considering the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Erin Wilder-Doomes, dated July 28, 2020, to which no objection has been filed, hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion for Summary Judgment*[3] is hereby GRANTED and that Plaintiff's federal claims against Movants for alleged violations of the Eighth Amendment right to be free from cruel and unusual punishment, alleged denial of access to the courts and equal protection, and those arising from the grievance process are dismissed.

Signed in Baton Rouge, Louisiana on the 22nd day of September, 2020.

*[signature]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 26.
[2] Rec. Doc. 34.
[3] Rec. Doc. 26.